

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00228-CV

**STEVEN CHRISTOPHER CRAIN,**

                                                                            **Appellant**

 **v.**

**TINA MARIE CECIL, CHARLES GREGORY CECIL,
CHASTITY PARK AND
CASTLE HILL POLICE DEPARTMENT,**

                                                                            **Appellees**

_____

**From the 52nd District Court
Coryell County, Texas
Trial Court No. COT-1140759**

_____

## MEMORANDUM  OPINION

_____

The Clerk of this Court notified Appellant, Steven Christopher Crain, by letter dated October 26, 2012, that the clerk's record in the above cause had apparently not been filed because Appellant had failed to pay or make arrangements to pay the clerk's fee for preparation of the record.  Appellant was further notified that if he desired to proceed with this appeal, he must pay or make arrangements to pay the clerk's fee and

notify this Court of the actions taken within 21 days after the date of this letter. Appellant was warned that if he failed to do so, this appeal might be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant filed a response indicating that he had paid the filing fees assessed by this Court.

The Clerk of this Court notified Appellant by letter dated November 16, 2012, that the clerk's record had not been filed because Appellant failed to pay or make arrangements to pay the clerk's fee for preparation of the record. Appellant was notified that if he desired to proceed with the appeal, he must pay or make arrangements to pay **the trial clerk's fee for the preparation of the record**. Appellant was warned that if he failed to do so, this appeal might be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). More than 21 days have passed, and we have not been notified that Appellant has paid or made arrangements to pay the clerk's fee.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed January 10, 2013
[CV06]